

**NUMBER 13-16-00074-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**MASTERCRAFT BOAT COMPANY, LLC,**         **Appellant,**

**v.**

**REBECCA CHAMBERS,**         **Appellee.**

**On appeal from the County Court at Law No. 3
of Nueces County, Texas.**

# ORDER

**Before Justices Benavides, Perkes, and Longoria
Order Per Curiam**

Appellant Mastercraft Boat Company, LLC, ("Mastercraft") has filed an emergency motion for temporary order staying trial court proceedings during the pendency of its appeal of an order denying its special appearance. In the trial court, Mastercraft sought to stay the trial and related proceedings, and the trial court stayed the trial but denied the request to stay any other trial court proceedings.

Mastercraft asserts that the deadlines to designate experts, to complete discovery and amend pleadings, and to have summary judgments heard are rapidly approaching. It asserts that without a stay, it "will be forced to incur substantial costs . . . in order to meet these deadlines on merits-related issues while this Court determines whether the trial court even has jurisdiction . . . ."

Under section 51.014 of the civil practice and remedies code, an interlocutory appeal of an order denying a special appearance stays the commencement of a trial in the trial court pending resolution of the appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b) (West, Westlaw through 2015 R.S.). The stay set forth in section 51.014 is mandatory and allows no room for discretion. *In re Texas Educ. Agency*, 441 S.W.3d 747, 750 (Tex. App.—Austin 2014, no pet.); *Waite v. Waite*, 76 S.W.3d 222, 223 (Tex. App.—Houston [14th Dist.] 2002, no pet.); *Sheinfeld, Maley & Kay, P.C. v. Bellush*, 61 S.W.3d 437, 439 (Tex. App.—San Antonio 2001, no pet.). Section 51.014 further provides for a stay of "all other proceedings in the trial court" for several categories of interlocutory appeals, but does not require a stay of all other proceedings in the trial court for orders granting or denying special appearances. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b). Nevertheless, this Court has discretion to make any temporary order necessary to preserve the parties' rights until disposition of an appeal from an interlocutory order. *See* TEX. R. APP. P. 29.3.

The Court, having examined and fully considered appellant's emergency motion for temporary order, is of the opinion that it should be granted.

2

Accordingly, we GRANT the motion and ORDER all proceedings in the trial court to be STAYED pending resolution of this appeal or until further order of this Court. *See id.*

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
18th day of April, 2016.